**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD MORROW, Derivatively on Behalf of Nominal Defendant NEWLINK GENETICS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARLES J. LINK, JR., THOMAS A. RAFFIN, PAUL R. EDICK, PAOLO PUCCI, JOSEPH SALURI, ERNEST J. TALARICO, III, NICHOLAS VAHANIAN and LOTA S. ZOTH,<br><br>　　　　Defendants,<br><br>and<br><br>NEWLINK GENETICS CORPORATION,<br><br>　　　　Nominal Defendant. | Case No: 1:17-cv-03039-WHP |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Ronald Morrow ("Plaintiff") hereby voluntarily dismisses his action, *Morrow v. Link, Jr., et al.*, Case No. 1:17-cv-03039-WHP, brought before the United States District Court for the Southern District of New York, without prejudice, as to all defendants with each side to bear their own costs.  As grounds there, Plaintiff states that no defendant has filed an answer or a motion to dismiss Plaintiff's action.

Moreover, neither Plaintiff nor Plaintiff's counsel has received any remuneration in connection with the proposed dismissal of this action.

DATED: May 19, 2017　　　　　　　　　　　　　　　　　Respectfully submitted,

**LIFSHITZ & MILLER LLP**
*/s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Tel: (516) 493-9780
Email: jml@jlclasslaw.com